# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0665
_____

MARK STARGARDT,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF PROFESSIONAL REGULATION,
CONSTRUCTION INDUSTRY
LICENSING BOARD and JOHN
SCHNELBACH,

    Appellees.

_____

On appeal from the Construction Industry Licensing Board.
Ed McCullers, Chairman.

July 17, 2026

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Shawn M. Heath of Dudley, Healy & Heath, PLLC, Tallahassee, for Appellant.

Allison E. Bunker, Assistant Attorney General, and Patrick Cunningham, Assistant Attorney General, Tallahassee, for Appellee Construction Industry Licensing Board.

No appearance by John Schnelbach.